**Charles DOWDELL, Sr.,
Plaintiff–Appellant,**

v.

**LOVE'S TRAVEL STOP,
Defendant–Appellee.**

No. 13–1990.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 22, 2013.

Decided: Oct. 24, 2013.

Charles Dowdell, Sr., Appellant Pro Se.
Matthew David Green, Morris & Morris,
Richmond, Virginia, for Appellee.

Before WILKINSON, NIEMEYER,
and THACKER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Charles Dowdell, Sr., appeals the district court's orders dismissing his civil action for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm substantially for the reasons stated by the district court. *Dowdell v. Love's Travel Stop,* No. 7:12–cv–00516–GEC (W.D.Va., Feb. 20, 2013; July 12, 2013); *see also* 4th Cir. R. 34(b) (limiting appellate review to issues raised in informal brief); *Ashcroft v. Iqbal,* 556 U.S. 662, 679, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009) (holding that complaint may survive motion to dismiss only if it "states a plausible claim for relief" that "permit[s] the court to infer more than the mere possibility of misconduct" based upon "its judicial experience and common sense"); *Winn–Dixie Stores, Inc. v. Parker,* 240 Va. 180, 396 S.E.2d 649, 650–51 (1990) (providing requirements for premises liability claim in slip-and-fall case). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*